# United States District Court
## Southern District of Georgia
### Brunswick Division

```
FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 NOV -3  P 3: 52

CLERK_____
    S.D. DIST. OF GA.
```

THOMAS EDWARD HALL      *

                        *

vs                      *     CASE NUMBER    CV 290-605

CSX TRANSPORTATION, INC.
                        *

                        *

### MINUTE ORDER

The above captioned case having come on for hearing this __17th__ day of __October__, __2005__, and the following motions having been ruled on orally, said rulings, as listed, are hereby made the judgment of this Court:

Motion by defendant for psychiatric exam of plaintiff is GRANTED.

**SO ORDERED**, this __3__ day of __November__, 2005.



JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA