AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

THOMAS EDWARD HALL

### JUDGMENT IN A CIVIL CASE

**v.**

CSX TRANSPORTATION,INC.

CASE NUMBER:   CV290-605

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Court's Order dated November 22, 2005, granting defendant CSX's

motion for summary judgment, judgment is hereby entered granting summary judgment in favor

of Defendant CSX.

November 22, 2005
_____
Date

Scott L. Poff
_____
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03